**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lamont Andre BROWN, Defendant—
Appellant.**

**No. 05–35683.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 28, 2007.

U.S. Attorney, Stephen A. Collins, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Sue Ellen Tatter, Esq., Federal Public Defender's Office, Anchorage, AK, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Federal prisoner Lamont Andre Brown appeals from the district court's judgment denying his motion under 28 U.S.C. § 2255. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. We review *de novo, United States v. Rodrigues,* 347 F.3d 818, 823 (9th Cir.2003), and we affirm.

Brown contends that when the Supreme Court decided *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), it overruled its prior decision in *United States v. Watts,* 519 U.S. 148, 117 S.Ct. 633, 136 L.Ed.2d 554 (1997) (per curiam). Because *Watts* is no longer good law, he contends, the district court improperly based his sentence on conduct of which the jury acquitted him, in violation of the Sixth Amendment. Assuming *arguendo* that *Booker* applies retroactively to Brown's case, *see Caspari v. Bohlen,* 510 U.S. 383, 389, 114 S.Ct. 948, 127 L.Ed.2d 236 (1994) (holding that retroactivity must be decided before merits), *Booker* affords Brown no relief from his sentence because *Booker* plainly did not overrule *Watts. See Booker,* 543 U.S. at 240, 125 S.Ct. 738 ("The issue we confront [in *Booker* ] simply was not presented [in *Watts* ]."); *United States v. Mercado,* 474 F.3d 654, 656 (9th Cir.2007). Accordingly, we affirm the district court's judgment denying Brown's § 2255 motion.

**AFFIRMED.**

---

... will do. . . ." But "something more than a bald, unsupported amount is necessary.") (quotations omitted).

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.